# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VIDEOLABS, INC.,** *Plaintiff* | § § § | |
| **-v-** | § § | W-21-CV-00456-ADA |
| **DELL TECHNOLOGIES INC., DELL INC.,** *Defendants* | § § § § § | |

## CLAIM CONSTRUCTION ORDER

The Court previously entered a claim construction order to memorialize the final constructions it provided at the *Markman* hearing, which was held on April 13, 2023. ECF No. 152. The Court now amends that claim construction order to correct a typo in Term #2. This Order does not otherwise alter any other constructions.

The Court also issues this Order to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

**SIGNED** this 10th day of May, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #1: "a unit configured to obtain the residual block image of the current block by performing inverse quantization and inverse orthogonal transformation on the coefficients corresponding to the residual block image of the current block"<br><br>U.S. Patent No. 7,769,238, Claim 1<br><br>Proposed by Defendants | No construction necessary<br><br>Alternatively, if found to be subject to 35 U.S.C. § 112, ¶ 6, the function is recited in the claim and the structure(s), act(s), or material(s) corresponding to this phrase are inverse quantizing unit 1405 and inverse orthogonal transforming unit 1406, and equivalents thereof | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: obtain the residual block image of the current block by performing inverse quantization and inverse orthogonal transformation on the coefficients corresponding to the residual block image of the current block<br><br>**Structure**: Indefinite | Not subject to 35 U.S.C. § 112, ¶ 6.  Plain-and-ordinary meaning. |
| #2: "probability table"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary | "numbered table containing a probability with which '0' occurs and/or a probability with which '1' occurs" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is a "table of at least one probability that is not merely data from which probabilities can be derived" |

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #3: "audio coding unit configured to code an audio signal"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary<br><br>Alternatively, if found to be subject to 35 U.S.C. § 112, ¶ 6, the function is recited in the claim and the structure(s), act(s), or material(s) corresponding to this phrase is voice processing unit (ex305) and equivalents thereof. | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: code an audio signal<br><br>**Structure**: Indefinite | Not subject to 35 U.S.C. § 112, ¶ 6.  Plain-and-ordinary meaning. |
| #4: "to switch between the plurality of probability tables in a predetermined one direction within each block"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary | "from a probability table with a smaller table number to a probability table with a larger table number (i.e., in ascending order of probability table numbers)"<br><br>**Alternative**: "in either ascending or descending order of probability table numbers, but not both" | Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #5: "data reading unit configured to read the multiplexed data from said recording medium"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary<br><br>Alternatively, if found to be subject to 35 U.S.C. § 112, ¶ 6 the function is recited in the claim and the structure(s), act(s), or material(s) corresponding to this phrase are computer system (Cs or ex111), PDA (ex112), camera (ex116 or ex113), cellular phone (ex114 or 115), STB (ex407), recording/reproducing unit (ex307), LSI (ex117), and/or reproduction apparatus (ex403), and equivalents thereof. | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: read the multiplexed data from said recording medium<br><br>**Structure**: Indefinite | Not subject to 35 U.S.C. § 112, ¶ 6. Plain-and-ordinary meaning. |
| #6: "audio decoding unit configured to decode audio data"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary<br><br>Alternatively, if found to be subject to 35 U.S.C. § 112, ¶ 6, the function is recited in the claim and the structure(s), act(s), or material(s) corresponding to this phrase is voice processing unit (ex305), and equivalents thereof | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: decode audio data<br><br>**Structure**: Indefinite | Not subject to 35 U.S.C. § 112, ¶ 6. Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| #7: "receiving unit configured to receive multiplexed data obtained by multiplexing (i) coded picture data that is obtained by coding a moving picture and (ii) audio data that is obtained by coding an audio signal"<br><br>U.S. Patent No. 7,970,059, Claims 1–4<br><br>Proposed by Defendants | No construction necessary<br><br>Alternatively, if found to be subject to 35 U.S.C. § 112, ¶ 6, the function is recited in the claim and the structure(s), act(s), or material(s) corresponding to this phrase are antenna (ex201, ex406, or ex411), modem circuit (ex306), LSI (ex117), STP (ex407), flexible disk drive, camera (ex 113 or ex116), computer (ex111), PDA (ex112), cellular phone (ex114 or ex115), car (ex412), car navigation system (ex413), and/or a transmit/receive circuit (ex301), and equivalents thereof | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: receive multiplexed data obtained by multiplexing (i) coded picture data that is obtained by coding a moving picture and (ii) audio data that is obtained by coding an audio signal<br><br>**Structure**: antenna ex201 for transmitting/receiving radio waves to and from the base station ex110 | Not subject to 35 U.S.C. § 112, ¶ 6. Plain-and-ordinary meaning. |