**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIDEOLABS, INC., § | Case No. 6:21-cv-00456-ADA-DTG |
| §  Plaintiff, § | |
| § | Jury Trial Demanded |
| vs. § | |
| § | |
| DELL TECHNOLOGIES INC. and DELL § | |
| INC., § | |
| § | |
| Defendants. § | |

## AGREED MOTION FOR AMENDED SCHEDULING ORDER

Pursuant to the Court's April 4, 2023, Order Governing Proceedings – Patent Cases, Plaintiff VideoLabs Inc. and Defendants Dell Technologies Inc. and Dell Inc. respectfully request that the Court enter the agreed Third Amended Scheduling Order attached hereto.

Dated: Sepetember 22, 2023

Respectfully submitted,

/s/ M. Elizabeth Day
M. Elizabeth Day (*pro hac vice*)
California Bar No. 177125
eday@bdiplaw.com
Marc Belloli (*pro hac vice*)
California Bar No. 244290
mbelloli@bdiplaw.com
Jerry D. Tice II
Texas State Bar No. 24093263
jtice@bdiplaw.com
Aaron R. Hand (*pro hac vice*)
California Bar No. 245755
ahand@bdiplaw.com
Denise M. De Mory (*pro hac vice*)
California Bar No. 168076
ddemory@bdiplaw.com
Joshua Scheufler

/s/  w/ permission Paul E. Torchia
Barry K. Shelton
Texas State Bar No. 24055029
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
bshelton@winston.com
(214) 453-6407 (Telephone)
(214) 453-6400 (Facsimile)

Josh Krevitt
Paul E. Torchia
Brian A. Rosenthal
Katherine Dominguez
Laura F. Corbin
Allyson E. Parks
GIBSON, DUNN & CRUTCHER LLP

Texas Bar No. 24123406
jscheufler@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

Wesley Hill
Texas Bar No. 24032294
wh@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
Claire Abernathy Henry
Texas Bar No. 24053063
claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: 903-757-6400
Fax: 903-757-2323

*Attorneys for Plaintiff VideoLabs, Inc.*

200 Park Avenue
New York, NY  10166-0193
jkrevitt@gibsondunn.com
ptorchia@gibsondunn.com
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
lcorbin@gibsondunn.com
aparks@gibsondunn.com

Robert Vincent
Nathan R. Curtis
Audrey Yang
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
rvincent@gibsondunn.com
ncurtis@gibsondunn.com
ayang@gibsondunn.com

*Attorneys For Defendants Dell Technologies Inc. and Dell Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and counsel for Defendants conferred via email. The motion is agreed and submitted jointly.

*/s/ Elizabeth M. Day*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 22, 2023.

*/s/ Elizabeth M. Day*