## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| VIDEOLABS, INC., | § <br> § <br> § |
| Plaintiff, | § <br> § <br> § |
| v. | § CIVIL ACTION NO. 6:21-cv-456-ADA-DTG <br> § <br> § |
| DELL TECHNOLOGIES INC. AND DELL INC., | § <br> § <br> § <br> § |
| Defendants. | § <br> § |

## THIRD AMENDED SCHEDULING ORDER

On this day the Court considered the Parties' Agreed Motion for a Third Amended Scheduling Order in the above-captioned case. Finding good cause, the Court ORDERS that the remaining case deadlines be modified as follows:

| Item | Deadline |
|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); File Oppositions to Motions in *limine* | December 15, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com <br><br> Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | December 29, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* | December 29, 2023 |
| Proposed Final Pretrial Conference. | January 5, 2024 |

| Item | Deadline |
|---|---|
| Proposed Jury Selection/Trial. | January 22, 2024 |

SIGNED this _____ day of _____ 2023.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE