IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIDEOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC. AND DELL INC., <br><br> Defendants. | § § § § § § § CIVIL ACTION NO. 6:21-cv-456-ADA-DTG § § § § § § § |

**JOINT STIPULATION REGARDING TRANSFER OF CASE TO
THE AUSTIN DIVISION FOR THE PRETRIAL CONFERENCE AND TRIAL**

Pursuant to the Court's request and the parties' agreement that due to the Court's schedule this case will be tried in Austin on January 22, 2024, the parties respectfully request that this case be transferred to the Austin Division for purposes of the pretrial conference on January 5, 2024 and the trial commencing on January 22, 2024, before the Honorable Alan D. Albright.

SIGNED this _____ day of _____ 2023.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE